## EX PARTE BARRETT.

Decision in *Stanton* v. *Parker*, 2 Rob. 550, affirmed.

APPLICATION for a Mandamus to *Buchanan*, Judge of the Fifth District Court of New Orleans. *Sever*, for the applicant. No other counsel appeared in this case. The judgment of the court (*King*, J. absent,) was pronounced by

SLIDELL, J. For the reasons assigned in the case of *State* v. *Judge Buchanan*, 13 La. 576, and *Stanton* v. *Parker*, 2 Rob., 550, it is ordered that the writ of mandamus prayed for in this case be refused, at the applicant's costs.